# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2478

_____

| | | |
|---|---|---|
| Romanus Ngene-Igwe, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| Peg Anderson; Charles Duchen; John M. | * | Appeal from the United States |
| Greig; Percy G. Harris; John McDonald; | * | District Court for the Southern |
| June Murphy; James R. Tyler; Jacklyn | * | District of Iowa. |
| Van Ekeren; Bass Van Gilst, | * | |
| individually and in their capacities as a | * | [UNPUBLISHED] |
| regent of the State Universities of Iowa; | * | |
| John P. Mattilla; Barry L. Falk; Harold | * | |
| Crawford; Harvey E. Lapan; Dennis R. | * | |
| Starleaf; Daniel J. Zaffarano, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 19, 2000

Filed: April 25, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

     Romanus Ngene-Igwe appeals the district court's denial of Ngene-Igwe's motion to reopen his lawsuit several years after the court dismissed it for failure to prosecute.

Having reviewed the record and the parties' briefs, we affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.